IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

NUTRIEN AG SOLUTIONS, INC.                                    PLAINTIFF

v.                          No. 4:19-cv-529-DPM

RATTON FARMS, LLC and
CLIFF RATTON, JR.                                             DEFENDANTS

## ORDER

More than ninety days have passed since Nutrien filed this case and the Clerk issued summons. No defendant has appeared. Unless Nutrien requests some other action by 8 November 2019, the Court will dismiss for lack of service. FED. R. CIV. P. 4(m).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

30 October 2019