# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

NUTRIEN AG SOLUTIONS, INC.                                         PLAINTIFF

v.                          No. 4:19-cv-529-DPM

RATTON FARMS, LLC and
CLIFF A. RATTON, JR.                                               DEFENDANTS

## JUDGMENT

Nutrien's amended complaint is dismissed with prejudice. The Court retains jurisdiction until 10 October 2020 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

10 September 2020